FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 27 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**DANIEL CAPEHART**,<br><br>Defendant. | CRIMINAL NO. 18-2426 WJ<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(D): Distribution of Marijuana;<br><br>Count 2: 21 U.S.C. §§ 841(a)(1), (b)(1)(D), and 860(a): Distribution of Marijuana Within One Thousand Feet of a School and Playground;<br><br>Count 3: 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 860(a): Distribution of 5 Grams and More of Methamphetamine Within One Thousand Feet of a School and Playground. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about June 21, 2018, in San Juan County, in the District of New Mexico, the defendant, **DANIEL CAPEHART**, unlawfully, knowingly and intentionally distributed a controlled substance, marijuana.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).

### Count 2

On or about June 23, 2018, in San Juan County, in the District of New Mexico, the defendant, **DANIEL CAPEHART**, unlawfully, knowingly and intentionally distributed a controlled substance, marijuana, within one thousand feet of the real property compromising a

playground in Farmington, New Mexico, and within one thousand feet of the real property compromising a public school, Farmington High School, in Farmington, New Mexico.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D), and 860(a).

## Count 3

On or about June 29, 2018, in San Juan County, in the District of New Mexico, the defendant, **DANIEL CAPEHART**, unlawfully, knowingly and intentionally distributed a controlled substance, 5 grams and more of methamphetamine, within one thousand feet of the real property compromising a playground in Bloomfield, New Mexico, and within one thousand feet of the real property compromising a public school, Central Primary, in Bloomfield, New Mexico.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 860(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney