# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

## Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 18-CR-2426 WJ | UNITED STATES vs. CAPEHART | |
| Hearing Date: | 8/2/2018 | Time In and Out: | 9:40 am – 9:42 am |
| Clerk: | Kim | Courtroom: | Rio Grande |
| Defendant: | Daniel Capehart | Defendant's Counsel: | Amy Sirignano |
| AUSA | Peter Eicker | Pretrial/Probation: | S. Avila-Toledo |
| Interpreter: | | | |

### PROCEEDINGS

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: August 22, 2018
- ☒ Discovery Order electronically entered    ☐ Discovery Order previously entered
- ☒ Case assigned to: Chief Judge Johnson
- ☒ Trial will be scheduled by presiding judge    ☐ Trial currently set

### Custody Status

- ☐ Defendant waives detention hearing
- ☐ Defendant
- ☒ Conditions of release previously imposed remain in effect

### Other

- ☐